# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ROGER ALLEN JOHNSON,** : CIVIL ACTION
    **Plaintiff,** :
 :
**V.** :
 : NO: 11-2603
**EMILIA CAPUTO, et al,** :
    **Defendants.** :

## O R D E R

**AND NOW**, this 11th day of June, 2013, upon careful and independent consideration of Defendants' Answer to Second Amended Complaint, and after a careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Document No. 50), it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 50) is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's Second Amended Complaint is **DISMISSED IN PART**, as follows:

   a. Count I shall remain against Defendants Caputo, Wilson, Gessner and PrimeCare Medical, Inc.;

   b. Count II shall remain against Defendants Caputo, Wilson, and Gessner;

   c. Count III shall remain against Defendant Rosati;

   d. Count IV shall be dismissed against all Defendants;

   e. Count V shall remain against Defendant PrimeCare Medical, Inc.;

   f. Count VI shall be dismissed against all Defendants;

---

[1] No objections to the report and recommendation have been filed.

g. Count VII shall be dismissed against all Defendants; and

h. Count VIII shall remain against Defendants Caputo, Wilson, Gessner and PrimeCare Medical, Inc.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.