# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER ALLEN JOHNSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-2603 |
| EMELIA CAPUTO, RN, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 28th day of September, 2017, upon consideration of the Motion for Summary Judgment by defendants Emelia Caputo, Deborah Wilson, Victoria Gessner, and PrimeCare Medical, Inc. (Docket No. 71), and all responses thereto; the Motion for Summary Judgment by defendant Jason Rosati (Docket No. 70), and all responses thereto, it is hereby **ORDERED** that the defendants' Motions for Summary Judgment are **GRANTED**.

**JUDGMENT IS ENTERED** for defendants Emelia Caputo, Deborah Wilson, Victoria Gessner, PrimeCare Medical, Inc., and Jason Rosati against Roger Allen Johnson on the entirety of the Second Amended Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.